■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE NELSON, Appellant. [642 NYS2d 824] —Judgment unanimously modified as a matter of discretion in the interest of justice by reducing the sentence imposed from four years to life to three years to life and as modified the judgment is affirmed. (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Lawton, J. P., Fallon, Callahan, Doerr and Boehm, JJ.